## Smith et al., Appellants, *v.* Miller.

Argued November 13, 1967. *William C. Smith, Jr.*, with him *Joseph F. Weis, Jr.*, for appellants; *Thomas J. Dempsey*, for appellee.

Order affirmed.

WRIGHT, J., took no part in the consideration or decision of this case.

## Stepp *v.* Ciarmella, Appellant.

Argued November 14, 1967. *Joseph P. Matuschak*, for appellant; *Alfred E. Jones, Jr.*, for appellee.

Order affirmed.

WRIGHT, J., took no part in the consideration or decision of this case.